**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KENNETH W. SCHIRO, | ) | 3:10-CV-0203-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 9, 2011 |
| | ) | |
| STEPHEN CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's *ex parte* motion (#20) to preserve 2008 tape recordings is **GRANTED.** The recorded interviews of March 18, 2008 and April 15, 2008 have been copied and are being retained by defense counsel. The Inspector General's file and the tape recordings shall be retained by defense counsel until such time that their production is deemed necessary and relevant.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:    /s/
                                        Deputy Clerk