**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KENNETH SCHIRO, | ) | |
| Plaintiff, | ) | 3:10-CV-00203-RCJ(VPC) |
| v. | ) | |
| STEPHEN CLARK, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

    Before the Court is the Report and Recommendation of the United States Magistrate Judge (#54) ("Recommendation") entered December 8, 2011, in which the Magistrate Judge recommends that this Court grant in part and deny in part Defendants' Partial Motion to Dismiss (#35) and grant Defendants' Motion to Strike (#46). Plaintiff filed his Objections to Magistrate Judge's Report & Recommendation (#58) on December 29, 2011 and Defendants filed a response on December 30, 2011.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#54) entered December 8, 2011, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#54) entered December 8, 2011, is adopted and accepted.

    IT IS FURTHER ORDERED that Defendants' Partial Motion to Dismiss (#35) Plaintiff's four claims as set forth in Count I are GRANTED IN PART and DENIED IN PART as follows:

    1.    Plaintiff's Eighth Amendment claims against Defendants Hegge and Chacon are barred by the statute of limitations and DISMISSED WITH PREJUDICE;

2. Plaintiff's Fourteenth Amendment claim against Defendant Jimenez is barred by the statute of limitations and DISMISSED WITH PREJUDICE;

3. Defendants' Motion to Dismiss Plaintiff's First Amendment claim against Defendant Herrera is DENIED because Defendants have not proven that Plaintiff failed to exhaust his administrative remedies.

IT IS FURTHER ORDERED that Defendants' Motion to Strike (#46) is GRANTED.

IT IS SO ORDERED.

DATED: This 31st day of January, 2012.

_____
ROBERT C. JONES
Chief Judge

2