UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| KENNETH SCHIRO, | CASE NO. 3:10-CV-0203-RCJ-VPC |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: MAY 15, 2012 |
| STEPHEN CLARK, et al., | |
| Defendant(s). | |

PRESENT: <u>VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>Jennifer Cotter</u>     Reporter: <u>FTR</u>

Counsel for Plaintiff(s): <u>Kenneth Schiro, In Pro Per (by telephone)</u>

Counsel for Defendant(s): <u>Jeffrey Hoppe (by telephone)</u>

PROCEEDINGS: **MOTION HEARING**

2:33 p.m.  Court convenes.

    The Court addresses the parties regarding the purpose of this hearing.

    Having heard from the parties and good cause appearing, the Court finds as follows:

    1.    **<u>Motion for Leave to File Supplemental Complaint (#62) and Motion to Supplement Complaint (#63)</u>**

        The motion for leave to file supplemental complaint (#62) and motion to supplement complaint (#63) are **DENIED**

    2.    **<u>Motion to Strike Plaintiff's Motion to Supplement Complaint (#64)</u>**

        In light of the Court's rulings, as noted above, the motion to strike (#64) is **DENIED AS MOOT**.

Schiro v. Clark, et al.
3:10-CV-0203-RCJ-VPC
May 15, 2012
Page 2

3. **Motion for Continuance of Scheduling Order Deadlines (#67) and Motion to Extend Time to File Dispositive Motion (#72)**

   The motion for continuance of scheduling order deadlines (#67) and motion to extend time to file dispositive motion (#72) are **GRANTED** to the extent that scheduling deadlines shall be adjusted as follows:

   Defendants shall have up to and including **June 15, 2012** to respond to any outstanding interrogatories and requests for production of documents. Should plaintiff have problems with any of the responses, he shall send a letter to Mr. Hoppe, no later than **June 22, 2012**, outlining his concerns. Mr. Hoppe shall then arrange for a telephonic meet and confer. Any revised responses shall thereafter be submitted by **July 13, 2012**. Should there be any remaining disputes, Mr. Hoppe shall file a notice with the Court, no later than **July 16, 2012**, requesting a discovery conference.

   Dispositive motions shall be filed no later than **August 24, 2012**.

   The joint pretrial order shall be filed by **September 24, 2012**.

   If dispositive motions are filed, the deadline to file the joint pretrial order shall be suspended until thirty (30) days after the District Court issues its ruling on the dispositive motion.

   IT IS SO ORDERED.

2:58 p.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:_____/s/_____
                                                 Jennifer Cotter, Deputy Clerk