## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH SCHIRO, | ) | 3:10-CV-203-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 27, 2012 |
| | ) | |
| STEPHEN CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      To the extent that plaintiff's "objection/reconsideration to Honorable Magistrate Judge's doc #73 ruling" (#74) can be construed as a motion for reconsideration, the motion is **DENIED**. Further, plaintiff's motion to strike defendants' opposition to the objection/reconsideration (#77) is **DENIED**.

      To the extent that plaintiff's objection/reconsideration can be construed as an objection to the magistrate judge's ruling, that objection is pending before the District Court for review.

      **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                  By:      /s/
                                                Deputy Clerk