```
          ___ FILED      ___ RECEIVED
          ___ ENTERED    ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

                  AUG 2 2 2012

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
          BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH SCHIRO, | ) | 3:10-CV-0203-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| STEPHEN CLARK, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ___LISA MANN___   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 27, 2012, this Court held a telephonic discovery conference concerning unresolved discovery disputes (#86). Plaintiff requests production of the full Inspector General's report and tape recorded interviews regarding the incident giving rise to his civil rights complaint. After hearing at length from defendants' counsel and plaintiff, the Court ordered that defendants' counsel produce the following items for the Court's *in camera* review:

1. Entire Inspector General's report;
2. Redacted summary of Inspector General's report earlier produced to plaintiff;
3. Unredacted summary of Inspector General's report;
4. C.D. of plaintiff's own interviews with Inspector General's representative, which have been produced to plaintiff; and
5. C.D. of all interviews the Inspector General's representative conducted in connection with this investigation.

This Court has reviewed all of the materials produced *in camera* and concludes that defendants shall not be ordered to produce the Inspector General's entire report, the unredacted summary of that report, or the C.D. of interviews of individuals other than the plaintiff that were conducted in connection with the investigation. The materials produced *in camera* shall be returned to counsel for defendants.

Plaintiff's motion for reconsideration (#90) is DENIED.

**IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                               By: _____/s/_____
                                           Deputy Clerk