```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            OCT 15 2012

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KENNETH SCHIRO,                    )   3:10-CV-0203-RCJ (VPC)
                                   )
                 Plaintiff,        )   **MINUTES OF THE COURT**
                                   )
        vs.                        )
                                   )
STEPHEN CLARK, et al.,             )
                                   )
                 Defendants.       )
_____)

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay summary judgment (#101) to complete discovery is **DENIED.** Plaintiff was granted a ninety-day extension of the discovery period to July 13, 2012 (#73). Discovery in this case is concluded (#97). Plaintiff has been granted a generous extension of time to November 12, 2012 to file an opposition to the motion for summary judgment (#99). **No further extensions of time will be granted.  If plaintiff fails to file an opposition to the motion for summary judgment by Monday, November 12, 2012, the defendants' motion will be submitted to the court as unopposed.**

        **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                        By:_____/s/_____
                                Deputy Clerk