# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH SCHIRO, | ) | 3:10-CV-0203-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 7, 2013 |
| STEPHEN CLARK, et al., | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties' joint request for settlement conference and stipulation to stay (#131) is **GRANTED**. The Courtroom Administrator, Lisa Mann, shall contact counsel to set a date and time for a settlement conference. All pending deadlines in this case shall be **STAYED** pending the settlement conference. If settlement is not reached, the parties shall have fourteen days from the date of the settlement conference to file a proposed joint pretrial order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
      Deputy Clerk