

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH SCHIRO, | ) | 3:10-CV-0203-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 28, 2015 |
| | ) | |
| STEPHEN CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for transcripts at government expense (#192). Defendants filed an opposition to the motion (#194), and plaintiff replied (#197).

Plaintiff's motion for transcripts at government expense (#192) is **GRANTED**. The Clerk of Court is instructed to order the preparation of transcripts for the proceedings on May 15, 2012 (#73), July 27, 2012 (#86), and February 2, 2015 (#182). The transcripts shall be prepared in the normal course at government expense pursuant to 28 U.S.C. § 753(f).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
Deputy Clerk